UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>JOHN A. HAWKINSON, )<br> )<br>      Plaintiff, )<br>   v. )<br> )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT; EXECUTIVE OFFICE )<br>FOR IMMIGRATION REVIEW; )<br>DEPARTMENT OF HOMELAND )<br>SECURITY; and DEPARTMENT OF )<br>JUSTICE, )<br> )<br>      Defendants. )<br>_____) | C.A. No. 20-10189-FDS |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the Defendants hereby move that this Court enter judgment in their favor in the instant action.

Defendants rely on their Local Rule 56.1 Statement of Facts and Memorandum of Law filed simultaneously herewith.

                                            Respectfully submitted,

                                            ANDREW E. LELLING,
                                            United States Attorney

                   By:    */s/ Michael Sady*
                           Michael Sady
                           Assistant U.S. Attorney
                           U.S. Attorney's Office
                           1 Courthouse Way, Suite 9200
                           Boston, MA 02210
                           (617) 748-3100
                           Michael.sady@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

  The undersigned counsel asserts that he has conferred with the Plaintiff regarding this Motion to narrow the issues.

*/s/ Michael Sady*
Michael Sady
Assistant U.S. Attorney

Dated: November 5, 2020